LATHAM & WATKINS LLP
  Melanie M. Blunschi (Bar No. 234264)
    melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600

  William J. Trach (*pro hac vice*)
    william.trach@lw.com
  U. Gwyn Williams (*pro hac vice*)
    gwyn.williams@lw.com
  Nathan A. Sandals (*pro hac vice*)
    nathan.sandals@lw.com
200 Clarendon Street
Boston, MA 02116
Telephone:  (617) 948-6000

*Attorneys for Defendant*
*Abbott Laboratories*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAX ULRICH and RYAN SCHAVRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. 3:24-cv-09452- RFL<br><br>**DECLARATION OF WILLIAM J. TRACH IN SUPPORT OF DEFENDANT ABBOTT LABORATORIES' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:  August 19, 2025<br>Time:  10:00 AM<br>Courtroom:  15<br>Hon. Rita F. Lin |

# DECLARATION OF WILLIAM J. TRACH

I, William J. Trach , declare as follows:

1. I am a partner of the law firm of Latham & Watkins LLP, located at 200 Clarendon Street, Boston, MA 021160, and an attorney duly admitted *pro hac vice* to practice before this Court in the above-captioned action.  I am counsel for Defendant Abbott Laboratories ("Abbott").

2. I make this declaration in support of Abbott's Motion to Dismiss Plaintiffs' Class Action Complaint.

3. Attached hereto as **Exhibit A** are true and correct copies of Abbott's Similac Go & Grow labels.

4. Attached hereto as **Exhibit B** are true and correct copies of Abbott's PediaSure labels.

5. Attached hereto as **Exhibit C** is a true and correct copy of the *VanCleave* Verdict Form dated February 21, 2025.

6. Attached hereto as **Exhibit D** is a true and correct copy of the article Older Infant-Young Child "Formulas," published in November 2023.

7. Attached hereto as **Exhibit E** is a true and correct copy of the article Decreasing Community Toddler Formula Use, published April 14, 2022.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of May 2025 in Boston, Massachusetts.

                                                */s/ William J. Trach*
                                                William J. Trach